

1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, #300
   San Jose, CA 9513180
3  Telephone: (408) 437-1788
   Facsimile: (408) 437-9788
4  Email: jfok@jclawoffice.com

5

6  Attorney for Plaintiff
   Xinrong Jiang

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                        COMPLAINT

11

   **Xinrong Jiang**                  )   Case No.
12                                     )
              Plaintiff,              )   **C07  02461  HRL**
13                                     )
        v.                             )
14                                     )
                                       )   **PLAINTIFF'S ORIGINAL COMPLAINT**
15  **Alberto Gonzales**, United States Attorney  )   **FOR WRIT IN THE NATURE OF**
    General, U.S. Department of Justice;  )   **MANDAMUS & DECLARATORY**
16  **Michael Chertoff**, Secretary of the  )   **JUDGMENT UNDER 28 U.S.C. § 1361**
    Department of Homeland Security;   )
17  **Emilio T. Gonzalez**, Director of United States )
    Citizenship and Immigration Services;  )   **Immigration Case**
18  **David Still**, San Francisco District Director,  )
    United States Citizenship and Immigration  )
19  Services;                          )
    **Robert S. Mueller III**, Director of the Federal )
20  Bureau of Investigation            )
                                       )
21                                     )
              Defendants              )
22                                     )

23

24      Plaintiff, Xinrong Jiang, by and through his attorney of record, opens this lawsuit against

25  the Defendants and will show this Court the following:

26  1.      Plaintiff, Xinrong Jiang, brings this action against the Defendants to compel action on the

27  delayed processing of his I-485, *Application to Register Permanent Residence or Adjust Status.*

28  This application remains within the jurisdiction of the Defendants who have improperly delayed

Case No.                        1
Complaint

1   and withheld action on this application to Plaintiff's detriment.

## PARTIES

2   2.      Plaintiff, Xinrong Jiang, is the primary applicant of an I-485, *Application to Register*
*Permanent Residence or Adjust Status* ("I-485"), filed with United States Citizenship and
Immigration Services ("USCIS").

3   3.      Defendant, Alberto Gonzales, is the Attorney General of the United States and this action
is brought against him in his official capacity.  He is authorized to adjust to permanent resident
status certain aliens who have been admitted to the United States, and is further authorized to
delegate such powers to other government officials.

4   4.      Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security
("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is
generally charged with enforcement of the Immigration and Nationality Act and its related
regulations, which provide for the processing of adjustment of status applications.

5   5.      Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought
against him in his official capacity.  USCIS is an agency within the DHS to which DHS'
authority has, in part, been delegated. Defendant Gonzalez is generally charged with the overall
administration of immigration benefits and services, including adjustment of status.

6   6.      Defendant David Still, is the San Francisco District Director of USCIS, and this actions is
brought against him in his official capacity.  Defendant Director is the official who is responsible
for Plaintiff's *Application to Register Permanent Residence or Adjust Status*.

7   7.      Defendant, Robert S. Mueller, III, is Director of the Federal Bureau of Investigation
("FBI"), and this action is brought against him in his official capacity.  Defendant Mueller has
failed to complete the security clearance ("Name Check") on Plaintiff's I-485 case.

## JURISDICTION

8   8.      Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et
seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes.
Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

Case No.                                    2
Complaint

**VENUE**

9.    Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

10.    This lawsuit should be assigned to the San Francisco or Oakland Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in San Francisco County.

**EXHAUSTION OF REMEDIES**

11.    Plaintiff has exhausted his administrative remedies. Plaintiff has supplied USCIS and the FBI with documents that clearly establish his eligibility to register as a permanent resident, and as will be demonstrated by the evidence, has followed up with numerous inquiries and requests to the pertinent administrative agencies attempting to expedite his delayed application.

**CAUSE OF ACTION**

12.    Plaintiff properly filed an I-485, *Application to Register Permanent Residence or Adjust Status*, based on an I-130, *Petition for Alien Relative* pursuant to Section 201(b) of the Immigration & Naturalization Act ("INA").  This I-485 application, the filing fee, along with all supporting documentation, was filed with the USCIS on December 12, 2004 (**EXHIBIT 1**).

13.    On February 18, 2005, Plaintiff submitted his fingerprints to USCIS at the San Francisco Sub-Office (**EXHIBIT 2**).

14.    In a letter dated April 21, 2005, USCIS informed Plaintiff that his I-485 application is pending due to the FBI name check clearance (**EXHIBIT 3**).

15,    On June 10, 2005, Plaintiff sent an email to the FBI to inquire into the status of the name check. Plaintiff did not receive a response (**EXHIBIT 4**).

16.    On July11, 2005, Plaintiff made a Freedom of Information and Privacy Act ("FOIPA") request to the FBI. In a response letter dated July 22, 2005, the FBI explained that there were "no records responsive" to Plaintiff's FOIPA request. (**EXHIBIT 5**)

17.    In the letter dated August 5, 2005, Plaintiff wrote to USCIS, requesting assistance with his stalled I-485 application. Plaintiff received a response on August 12, 2005 stating that

Case No.
Complaint

3

1  processing of his application had been suspended because of his FBI security check (Name

2  Check) has not been cleared.   As a result of this, the derivative's application was also pending.

3  (**EXHIBIT 6**).

4  18.    In a letter dated September 10, 2005, Plaintiff wrote to U.S. Senator Dianne Feinstein,

5  requesting assistance with his stalled I-485 application. In a response letter dated December 15,

6  2005, Plaintiff was told that his name check is currently in process (**EXHIBIT 7**).

7  19.    In a letter dated September 16, 2005, Plaintiff provided more personal information to

8  USCIS regarding his stalled I-485 application. Plaintiff did not receive a response (**EXHIBIT 8**).

9  20.    On May 29, 2006, Plaintiff wrote to the CIS Ombudsman, requesting assistance with his

10  stalled I-485 application. In a response letter dated July 6, 2006, Plaintiff was informed CIS

11  Ombudsman had initiated a formal inquiry with the USCIS (**EXHIBIT 9**).

12  21.    On April 10, 2007, Plaintiff sent a letter to follow up with the CIS Ombudsman regarding

13  the request made on May 29, 2006. However, Plaintiff did not receive a response (**EXHIBIT**

14  **10**).

15  22.    It has been over 2 years and 4 months since Plaintiff first filed his I-485 with USCIS on

16  December 21, 2004.

17  23.    The Defendants have failed to properly adjudicate this petition within a reasonable time.

18  They have improperly and unreasonably delayed the processing of Plaintiff's I-485 application

19  after Plaintiff has paid for, and submitted, a properly executed application.

20  24.    Although the role of Defendants is pivotal to the security of the United States of America,

21  the Defendants' actions have gone well beyond the expected 8 months processing time for the

22  adjudication of an I-485 Application (Please see San Francisco CA processing dates for I-485

23  cases posted April 18, 2007 at **EXHIBIT 11**).   Defendants have failed to adhere to their own

24  processing times and procedures.

25  25.    Defendants have sufficient information to complete adjudication of Plaintiff's I-485

26  application.

27  26.    After numerous inquiries by Plaintiff, Defendants have unreasonably and inappropriately

28  refused to adjudicate the petition, thereby depriving Plaintiff of the rights to which he is entitled.

Case No.                                    4
Complaint

27.    Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with their duties under the law.  Specifically:

       (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot travel or work without restriction.  He must spend additional time and pay additional filing fees each year in order to work and travel legally.

       (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of the United States, thus delaying his obtainment of the rights and privileges enjoyed by citizens of the United States.

28.    Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action on Plaintiff's case.

29.    Defendants in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative functions delegated to them by law within a reasonable time.

## PRAYER

30.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

       (a) requiring USCIS to immediately submit an Expedite Request to the FBI for expedited processing of Plaintiff's FBI Name Check;

       (b) requiring USCIS to complete adjudication of Plaintiff's I-485 within 60 days of receiving the Court's order;

       (c) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

       (d) granting such other relief at law and in equity as justice may require.

///
///
///
///

Case No.
Complaint

1

Dated: 5/8/07

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.
Complaint

6

1                                          **EXHIBIT LIST**

2

3    Exhibit 1:     Notice of Receipt of I-485 dated February 4, 2007

4

5    Exhibit 2:     Fingerprint Appointment dated February 18, 2005

6

7    Exhibit 3:     USCIS notice dated April 21, 2005

8

9    Exhibit 4:     Plaintiff's email inquiry to the FBI dated June 10, 2005

10

11   Exhibit 5:     Plaintiff's FOIPA request and response

12

13   Exhibit 6:     Plaintiff's inquiry with USCIS dated August 5, 2005

14

15   Exhibit 7:     Correspondence between Plaintiff and U.S. Senator Dianne Feinstein

16

17   Exhibit 8:     Plaintiff's inquiry with USCIS dated September 16, 2005

18

19   Exhibit 9:     Plaintiff's inquiry with CIS Ombudsman dated May 29, 2006

20

21   Exhibit 10     Plaintiff's inquiry with CIS Ombudsman dated April 10, 2007

22

23   Exhibit 11:    Processing Dates for USCIS San Francisco posted April 18, 2007

24

25

26

27

28

Case No.                              7
Complaint

# Exhibit 1

**Exhibit 1**

U.S. Department of Hon
630 Sansome Street
San Francisco, CA 94111



U.S. Citizenshi
and Immigrat
Services

US DHS
SAN FRANCISCO
RETAIN THIS RECEIPT

7:51AM    Dec 21/04
00-0000 001    SFR-PC
#28112

# Notice of Receipt

Date:    2/4/2005

A No:    98-258-608    / CO₄    A #    000000000
Last Name    JIANG
First Name    XINRONG

Name:    JIANG, XINRONG

Address:    ▆▆▆▆▆▆▆

SAN FRANCISCO, CA 94122

I-485    $315.00
FP-Fee/FD258 $70.00
I-130 OTHER $185.00

XTTL    $570.00
Check    $70.00
Check    $185.00
Check    $315.00

Your Form I-485 Application for Adjustment of Status has been received and accepted. An interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.**

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For: David N. Still, District Director**    www.uscis.gov

DM Form 1 (12/04/03) other editions are obsolete and may no longer be used

# Exhibit 2

**Exhibit 2**

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _____
　　　　　　Last　　　　　　　　First　　　　　　　　Middle　　　　　　Suffix

DATE OF BIRTH: ____ ____ ____    PHONE #: _____
　　　　　　　　　Year　Month　Day

PLACE OF BIRTH: _____    SEX: (Male or Female)_____

RACE:  Check the most appropriate code below:

____ American Indian or Alaskan Native    ____ Black    ____ White (Hispanic also check)

____ Asian or Pacific Island    ____ Unknown

HEIGHT: ____Feet ____Inches    WEIGHT: ____Pounds

EYE COLOR: Check the most appropriate code below:

___ Black ___Brown ____Green ____Gray ____Pink ___Hazel ___Blue ____Maroon

HAIR COLOR: Check the most appropriate code below:

___Black ____Bald ____White ____Sandy ____Red ___Gray ___Blonde ____Brown

COUNTRY OF CITIZENSHIP: ___China_____

SOCIAL SECURITY NUMBER: ___N/A___ -- _____ -- _____

ALIEN REGISTRATION NUMBER: A_____

LIST ANY OTHER NAMES YOU HAVE USED:

_____
　　　　　　Last　　　　　　　　First　　　　　　　　Middle　　　　　　Suffix

RESIDENCE ADDRESS:

_____
Street number and name    Apartment #    City    State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _____

| LOCAL AIW STAMP | |
|---|---|
| FD-258 Completed at INS/ASC: | **SFR / XTD** |
| On: FEB 1 8 2006 | By: _____ |
| QC Check Completed By: | |

# Exhibit 3

# Exhibit 3

U.S. Department of Homeland Security

San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

**A 98 258 608 (E11/pending)** APR 2 1 2005

Xinrong Jiang

San Francisco, CA 94122

                              ☐ **HAND-DELIVERED**

## THIS LETTER IS IN REFERENCE TO YOUR APPLICATION I-130 VISA PETITION. YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.

☐ **Visa Availability**   ☐ **Fingerprints**   ☑ **Security Clearance(s)**   ☐ **A-file(s)**   ☑ **Further Review**
☑ **Documentation (listed below)**   ☐ **Other:** *FBI name check*

## IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

1. You submitted a "Notarial Certificate" translation of your birth certificate. According to the Department of State's **Foreign Affairs Manuel, Appendix C:**

> Notarial certificates of birth, death, marriage, divorce, no criminal record and pre-1981 adoptions are, at best, secondary evidence of the events they purport to document....The certificates can be based upon primary evidence, secondary evidence, testimony of the applicant, or other parties, or investigation by the notary...Thus a certificate in itself may not be adequate of the facts claimed, and is best used in conjunction with the primary and contemporaneous secondary evidence: old land deed and old family register; letters or money receipts; family records from countries that they have reliable public documents; school and medical records.

You are requested to submit a certified photocopy of the Household Registry or the booklet issued by the Province"s Health Department regarding the petitioner, Jiang Qian. Any document not in the English language must be accompanied by a certified English translation.

2. Submit a copy of the marriage certificate between your father Jiang Xinrong and your mother Meiling Xu.

3. Submit 2004 Federal income tax returns for the petitioner. Include W2s and a photocopy of his most recent paystub.

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

**PLEASE SEND REQUESTED DOCUMENTS WITH A COPY OF THIS LETTER TO:**

U.S. Citizenship and Immigration Service
630 Sansome Street, Room 200
San Francisco, CA 94111
ATTN: E11/ pending        / A98 258 608

cc:

# Exhibit 4

**Exhibit 4**


**msn® Hotmail®**

| | |
|---|---|
| qjiang@hotmail.com | Printed: Friday, April 13, 2007 9:19 PM |

**From :** Qian Jiang <██████████>
**Sent :** Friday, June 10, 2005 4:46 AM
**To :** ██████ c.fbi.gov
**CC :** ██████████
**Subject :** name check result inquiry for Jiang, xinrong

MIME-Version: 1.0
X-Originating-IP: [65.54.175.205]
X-Originating-Email: [██████████████]
X-Sender: ██████████████
Received: from mc6-f5.hotmail.com ([65.54.252.141]) by imc3-s29.hotmail.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 9 Jun 2005 21:47:04 -0700
Received: from hotmail.com ([65.54.175.34]) by mc6-f5.hotmail.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 9 Jun 2005 21:47:04 -0700
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC; Thu, 9 Jun 2005 21:46:43 -0700
Received: from 65.54.175.205 by by104fd.bay104.hotmail.msn.com with HTTP;Fri, 10 Jun 2005 04:46:43 GMT
X-Message-Info: JGTYoYF78jEHjJx36Oi8+Z3TmmkSEdPt4iogl2abg+M=
X-OriginalArrivalTime: 10 Jun 2005 04:46:43.0317 (UTC) FILETIME=[66345A50:01C56D77]
Return-Path: ██████████████

Dear Sir/Madam,

This is Jiang, xinrong. I am applying for USCIS I-485 status adjusment.  USCIS told me I am still under FBI's name check. However, my wife applied at the same time along with me and she got the result already. I wonder what is the status now for my name check?

My information :
Alien# : A 98 258 608
Name : Jiang (last name), Xinrong (first name)
Address : ██████████ :, San Francisco, CA 94122
Birth date : ██████████
Nationality : People's Repulic of China.
Contact :  Jiang, Qian (my son). phone 415-██████████

Thank you .

Sincerely,

Jiang, Xinrong

# Exhibit 5

# Exhibit 5

PLACE STICKER AT TOP OF ENV-
OF THE RETURN ADDRESS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FoIA / PA Section
FBI  San Francisco.
450 Golden Gate Ave. 13th.
Floor.
San Francisco, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☑ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)       7005 0390 0001 5470 9310

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief, FoIA / PA Section
FBI.
J. Edgar Hoover Bld,
10 th & Pennsylvia Ave, NW.
Washington. D. C. 20530-0015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   7-12-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)       7005 0390 0001 5470 9303

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 22, 2005

MR. XINRONG JIANG

SAN FRANCISCO, CA 94122

Request No.: 1024765- 000
Subject: JIANG, XINRONG

Dear Mr. Jiang:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Enclosure

# Exhibit 6

**Exhibit 6**

Date August 5, 2005

To:

U.S. Citizenship and Immigration Service
630 Sansome Street, Room 200
San Francisco, CA 94111
ATTN : E11/pending   /A 98 258 608.

Dear Sir/Madam,

This is Xinrong Jiang. During my immigration interview back in mid April, 2005, I was told my FBI name check was pending.

I requested a FOIPA ( Freedom of Information-Privacy Acts) to FBI in mid July regarding my records with FBI. FBI responded me in July 22nd,2005 stating no records pertinent were located by their automated and manual search. Given the fast response by FBI with their search, I hope my name check process can be fast ,too. Now I wonder if you can kindly check my status regarding the name check to see if it is requested to FBI, if any response/result is back from FBI, and overall what is my status with my I-485 application.

I applied I-485 along with my wife. She got her green card already in May. I am nervously waiting and don't know what happened. My mother in her 80s is very weak now mostly in her final stage of life. Because of this immigration application waiting, I can not go back to China to stay with her during this time. I am desperate now. Any help from you will be highly appreciated.

Sincerely yours,

Xinrong Jiang.

A# : A 98-258-608
▇▇▇▇▇▇▇ CA
phone : 415-▇▇▇▇
Email: ▇▇▇▇▇▇@hotmail.com

P.S.
Attached with response letter from FBI.



Department of Homeland Security
Bureau of Citizenship & Immigration Services
San Francisco District Office
630 Sansome Street Room 200
San Francisco, CA 94111

## USCIS INQUIRY RESPONSE

DATE:  08/12/2005

TO:  XIN RONG JIANG
File Number:  A98 258 608

COMMENTS:  Regarding Inquiry

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.

# Exhibit 7

# Exhibit 7

Date September 10th, 2005

---

**TO:**
Senator Dianne Feinstein
United States Senate
One Post Street, Suite 2450
San Francisco, CA 94104

Kind Attn:
**Stella Lyazer**
**Director of Constituent Services**

**From:**
Xinrong Jiang
Phone: 415-_____
Email: _____@hotmail.com
**Applicant's Details**
Alien #: A-98-258-608
Date of Birth: _____
Place of Birth: Jiangyin, Jiangsu province,
China

Dear Honorable Senator,

This is Xinrong Jiang. I am writing to you to draw continued attention to the processing delays for my Name Check with FBI for my I-485 (immigration application) at US Citizenship and Immigration Services (USCIS).

You might be already overwhelmed by many of such requests. If I were not in the emergent situation, I will not write to you for help. My mother in her 80s is very weak now mostly in her final stage of life. Because of this immigration application waiting, I cannot go back to China now (otherwise I won't be able to enter USA again within a few years to visit my son and my granddaughter). I am nervously waiting FBI's name check cleared so I can get my green card sooner so that I can go back to accompany my dying mother. I am desperate now.

During my immigration interview back in mid April, 2005, I was told my FBI name check was pending. In mid July, I requested a FOIPA ( Freedom of Information-Privacy Acts) to FBI regarding my records with FBI. FBI (Mr. David Hardy, section chief of Records management Division) responded me in July 22nd,2005, stating no records pertinent were located by their automated and manual search. Given the fast response by FBI with their search, I thought my name check process could be fast ,too. However, I am still waiting. I applied I-485 along with my wife. She got her green card already in May, 2005. But I am still stuck in the name check.

I don't know what happened to my name check at FBI. I respectfully request your assistance in expediting my Name Check Clearance with FBI so I that I can go back sooner to China to see my mother before it is too late.

Sincerely yours,

Xinrong Jiang.

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

## United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

December 15, 2005

Mr. Xinrong Jiang
1615 25th Avenue
San Francisco, California 94122

Dear Mr. Jiang:

The Department of Justice has told me that the Federal Bureau of Investigation is still working on your name check. Please be assured that the agency is making every effort to complete the name check as quickly as possible.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Masha Kaminskaya
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485–7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914–7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231–9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393–0707

# Exhibit 8

# Exhibit 8

September 16th, 2005

To:

U.S. Citizenship and Immigration Service
630 Sansome Street, Room 200
San Francisco, CA 94111
ATTN : E11/pending   /A 98 258 608.

Dear Sir/Madam,

My name is Xinrong Jiang. I applied for I-485 in late 2004, was interviewed for status adjustment
in San Francisco office in April, 2005. I was told my case is still pending due to FBI name check.

I have some new status update now.
I retired in December, 2005 when I turned age 60. The company I last worked for is called
Shanghai Kemeng Mechanical and Electrical Equipment Engineering Co, Ltd. The company is a
small private manufactory of electronic switch actuators for residential buildings.
There is a change of address of this company. It was at Room 205b, Bld3, No 559, Wuning road,
Shanghai ,China , now moved to the  address of room 1205, No 18, Shunyi road, shanghai,
china. Phone number is changed to 021-52361738.

Please update the change in my file and notify FBI name check office since this information
maybe important as well. Thank you very much.

Xinrong Jiang

9/16/2006

# Exhibit 9

# Exhibit 9

From:

Xinrong Jiang

1615 25th avenue, San Francisco, CA 94122

A 98-258-608

Date: 05/29/2006

To:

Citizenship and Immigration Services Ombudsman

ATTN: Case Problems

United States Department of Homeland Security

Mail Stop 1225

Washington, D.C. 20528-1225.


I applied for permanent resident in December, 2004 with USCIS San Francisco Office. I had interview along with my wife with an immigration officer in April, 2005. We were told our applications went well and we should receive the final notice soon. In May, 2005, my wife got her green card. However, I did not and have not received anything so far. I do not know what happened to my case. Here I respectfully request your assistance to help me solve this prolonged processing of my case.

Best Regards,

Xinrong Jiang

*Xinrong Jiang*

I declare under penalty of perjury that the foregoing is true and correct.

Detail filing information:

Full name: Xinrong Jiang
Address: ██████████████████████ ca 94122

1. Sex: Male
2. Date of Birth: ████████████████
3. Place of Birth: Jiangyin, Jiangsu province, People's Republic of China

4. Alien number: A 98-258-608

5. The USCIS office at which the application/petition was filed : San Francisco District office,ca
6. The filing date of the application/petition: December 21, 2004.



*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225

# Homeland Security

July 6, 2006

Mr. Xinrong Jiang
━━━━━━━━━━━━━━━
San Francisco, California  94122

Dear Mr. Jiang:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,
Prakash Khatri
Ombudsman

PIK/bih

# Exhibit 10

# Exhibit 10

From:

Xinrong Jiang

1615 25th avenue, San Francisco, CA 94122

A 98-258-608

Date : 4/10/2007

To:

Citizenship and Immigration Services Ombudsman

ATTN:  Case Problems

United States Department of Homeland Security

Mail Stop 1225

Washington, D.C. 20528-1225

I received a letter from your office last July regarding my inquiry of the status of my
application of green card. The letter stated that I should get a response within 45 days.
However, I have not got any response from USCIS till this date of April, 2007.

I attached here the response letter from your office. And following was my original
inquiry letter.

I applied for permanent resident in December, 2004 with USCIS San Francisco Office. I
had interview along with my wife with an immigration officer in April, 2005. We were
told our applications went well and we should receive the final notice soon. In May,
2005, my wife got her green card. However, I did not and have not received anything so
far. I do not know what happened to my case . Here I respectfully request your assistance
to help me solve this prolonged processing of my case.

Best Regards,

Xinrong Jiang

*Xinrong Jiang*

I declare under penalty of perjury that the foregoing is true and correct.

Detail filing information:

Full name: Xinrong Jiang

Address: ███████████ San Francisco, ca 94122

1. Sex: Male
2. Date of Birth: ███████████
3. Place of Birth: Jiangyin, Jiangsu province, People's Republic of China
4. Alien number: A 98-258-608
5. The USCIS office at which the application/petition was filed : San Francisco District
office,ca
6. The filing date of the application/petition: December 21, 2004.
7. Adjustment of status interviewed at April. 21st, 2005.

# Exhibit 11

# Exhibit 11



Home   Contact Us   Site Map   FAQ

Search
Advanced Search



Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted April 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

<u>Case Services - How do I… know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections. They are the time to complete processing and mail the actual notice

and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted April 18, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | October 14, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | December 28, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | December 28, 2006 |
| I-765 | Application for Employment Authorization | January 27, 2007 |
| N-400 | Application for Naturalization | September 12, 2006 |
| N-600 | Application for Certification of Citizenship | January 13, 2007 |

Print This Page     Back

**05-02-2007 04:02 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security