ORIGINAL

Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Xinrong Jiang

E-filing

Filed
MAY - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Xinrong Jiang**<br><br>         Plaintiff,<br><br>    v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**David Still**, San Francisco District Director, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation<br><br>         Defendants | Case No.<br><br>C07 02461 HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Immigration Case** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///
///
///
///

Case No.                                                                    1
Certification of Interested Entities or Persons

1 | Dated: 5/8/07

Respectfully Submitted,

*[signature]*

Justin Fok, CSBN: 242272
Attorney for Plaintiff

Case No.                                2
Certification of Interested Entities or Persons