# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Xinrong Jiang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C07 02461 HRL

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5·8·7

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Xinrong Jiang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C07 02461

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5-8-7

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Xinrong Jiang

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation


C 07 02461

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  5.8.7

(BY) DEPUTY CLERK

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Xinrong Jiang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C 07 02461

TO: (Name and address of defendant)

David Still
San Francisco District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  5.8.7

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Xinrong Jiang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

**C07 02461**

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5.8.7

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE 5-9-2007 |
| Name of SERVER Bo Li | | TITLE Office Administrator |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Certified mail with return receipt.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $45.92 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-9-2007
                  Date

Signature of Server

Address of Server
Law Offices of Jean D. Chen
2107 N. First St., Suite 300
San Jose, California 95131

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On  5-9-2007  I served:

1) Summons in a Civil Action;
2) Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;
3) Order setting initial case management conference and ADR deadlines;
4) Standing order re: initial case management and discovery disputes;
5) Standing order regarding case management in civil cases;
6) Consent of joint case management statement

on the persons or entities named below, for the case Jiang v. Gonzales (C07-02461 HRL), by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

David Still
San Francisco District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

Robert S. Mueller, III
Director of FBI

Proof of Service: C07-02461 HRL                                1
Jiang, v. Gonzales, et al.

1  Federal Bureau of Investigation
   J. Edgar Hoover Building
2  935 Pennsylvania Avenue, NW
3  Washington, DC 20536-0001

4  United States Attorney's Office
   450 Golden Gate Avenue
5  11th Floor
6  San Francisco, CA 94102

7  Office of the General Counsel
   U.S. Department of Homeland Security
8  Washington, DC 20528
9

10 Date of mailing: 5-9-2007    Place of mailing: San Jose, California.

11 I declare under penalty of perjury under the laws of the United States of America that the

12 forgoing is true and correct.

13

14

15 Executed this 5-9-2007 at San Jose, California

16

17                                  _____

18                                       Bo Li

Proof of Service: C07-02461 HRL           2
Jiang, v. Gonzales, et al.