1  Justin Fok, Esq., CA State Bar #242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Xinrong Jiang
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11 **Xinrong Jiang,**                         ) Case No. C 07-2461 HRL
                                              )
12                                            )
                Plaintiff,                    ) **PARTIES JOINT REQUEST TO BE**
13                                            ) **EXEMPT FROM FORMAL ADR**
         v.                                   ) **PROCESS**
14                                            )
   **Alberto Gonzales**, United States Attorney )
15 General, U.S. Department of Justice;       )
   **Michael Chertoff**, Secretary of the     )
16 Department of Homeland Security;           )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;      )
18 **David Still**, San Francisco District Director, )
19 United States Citizenship and Immigration  )
   Services;                                  )
20 **Robert S. Mueller III,** Director of the Federal )
   Bureau of Investigation,                   )
21                                            )
                                              )
22                                            )
                Defendants.                   )
23                                            )
                                              )
24 ─────────────────────────────────────────  )

25

26    Each of the undersigned certifies that he or she has read either the handbook entitled

27 "Dispute Resolution Procedures in the Northern District of California," or the specified portions

28 of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

Parties' Joint Request for Exemption          1
C07-2461 HRL

resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Respectfully Submitted,

Dated: July 24, 2007

_____/s/_____
Justin G. Fok
Attorney for Plaintiff

Dated: July 23, 2007

_____/s/_____
Ila C. Deiss
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
Howard R. Lloyd
United States Magistrate Judge

Parties' Joint Request for Exemption    2
C07-2461 HRL