1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 XINRONG JIANG,                          )
                                           ) No. C 07-2461 HRL
13           Plaintiff,                    )
                                           )
14    v.                                   )
                                           ) **STIPULATION TO EXTEND DATES;**
15 ALBERTO GONZALES, United States Attorney) **and [PROPOSED] ORDER**
   General, U.S. Department of Justice;    )
16 MICHAEL CHERTOFF, Secretary of the      )
   Department of Homeland Security;        )
17 EMILIO T. GONZALEZ, Director of United  )
   States Citizenship and Immigration Services; )
18 DAVID STILL, San Francisco District Director; )
   United States Citizenship and Immigration )
19 Services;                               )
   ROBERT S. MUELLER, III, Director of the )
20 Federal Bureau of Investigation,        )
                                           )
21           Defendants.                   )
                                           )
22

23    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25    1. Plaintiff filed this action on or about May 8, 2007. Defendants submitted their response on

26 July 10, 2007.

27    2. Pursuant to this Court's May 8, 2007 Order Setting Initial Case Management Conference,

28 the parties are required to file a joint case management statement on August 7, 2007, and attend a

ANSWER
C07-2461 HRL                    1

1. case management conference on August 14, 2007.

2. 3.  In order to allow sufficient time for USCIS to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:    August 21, 2007

Case Management Conference:    August 28, 2007, at 1:30 p.m.

Date: August 3, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

                                                              _____/s/_____
Date: August 3, 2007                              JUSTIN FOK
                                                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                         _____
                                                              HOWARD R. LLOYD
                                                              United States Magistrate Judge

ANSWER
C07-2461 HRL                                2