1  SCOTT N. SCHOOLS, SC SBN 9990                      * E-filed 8/7/07 *
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12  XINRONG JIANG,                      )
                                        )   No. C 07-2461 HRL
13                Plaintiff,            )
                                        )
14          v.                          )
                                        )   **STIPULATION TO EXTEND DATES;**
15  ALBERTO GONZALES, United States Attorney  )  **and ORDER**
    General, U.S. Department of Justice;   )
16  MICHAEL CHERTOFF, Secretary of the     )
    Department of Homeland Security;       )
17  EMILIO T. GONZALEZ, Director of United )
    States Citizenship and Immigration Services; )
18  DAVID STILL, San Francisco District Director; )
    United States Citizenship and Immigration )
19  Services;                              )
    ROBERT S. MUELLER, III, Director of the )
20  Federal Bureau of Investigation,        )
                                        )
21                Defendants.           )
                                        )
22

23       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24  of record, hereby stipulate, subject to the approval of the Court, to the following:

25       1.  Plaintiff filed this action on or about May 8, 2007.  Defendants submitted their response on

26  July 10, 2007.

27       2.  Pursuant to this Court's May 8, 2007 Order Setting Initial Case Management Conference,

28  the parties are required to file a joint case management statement on August 7, 2007, and attend a

    C07-2461 HRL                         1

1 | case management conference on August 14, 2007.

2 |    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case,

3 | the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as

4 | follows:

5 |    Last day to file/serve Joint Case Management Statement:   August 21, 2007

6 |    Case Management Conference:   August 28, 2007, at 1:30 p.m.

7 |

Date: August 3, 2007                          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: August 3, 2007                     JUSTIN FOK
Attorney for Plaintiff

### ORDER

   Pursuant to stipulation, IT IS SO ORDERED.

   Further, the parties are ORDERED to file and serve either a Consent to Proceed Before a

U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge **no later than**

**August 14, 2007**.

Date:   8/7/07

_____
   HOWARD R. LLOYD
   United States Magistrate Judge

C07-2461 HRL                       2