Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Xinrong Jiang

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Xinrong Jiang,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**David Still**, San Francisco District Director, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III,** Director of the Federal Bureau of Investigation,<br><br>    Defendants. | Case No.  C 07-2461 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

///

///

///

Consent to Proceed Before a                              1
United States Magistrate Judge
C 07-2461 HRL

1 **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

2  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
3 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all
4 further proceedings in the case, including trial, and order the entry of final judgment. Appeal
5 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
6 Circuit.

7
8                                              Respectfully Submitted,

9 Dated: August 13, 2007                     _____/s/_____
10                                              Justin G. Fok
                                               Attorney for Plaintiff
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Consent to Proceed Before a                2
United States Magistrate Judge
C 07-2461 HRL