1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  XINRONG JIANG,                          )
                                            )   No. C 07-2461 HRL
13              Plaintiff,                   )
                                            )
14       v.                                 )
                                            )   **CONSENT TO MAGISTRATE JUDGE**
15  ALBERTO GONZALES, United States Attorney )   **JURISDICTION**
    General, U.S. Department of Justice;    )
16  MICHAEL CHERTOFF, Secretary of the      )
    Department of Homeland Security;        )
17  EMILIO T. GONZALEZ, Director of United  )
    States Citizenship and Immigration Services; )
18  DAVID STILL, San Francisco District Director; )
    United States Citizenship and Immigration )
19  Services;                               )
    ROBERT S. MUELLER, III, Director of the )
20  Federal Bureau of Investigation,        )
                                            )
21              Defendants.                 )
    _____ )
22

23       In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants

24  hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

25  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

26  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

27  ///

28  ///

Consent to Magistrate Jurisdiction
C07-2461 HRL                    1

1   Dated: August 15, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Consent to Magistrate Jurisdiction
C07-2461 HRL                              2