Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Xinrong Jiang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Xinrong Jiang,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**Alberto Gonzales,** United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**David Still**, San Francisco District Director, United States Citizenship and Immigration Services;<br>**Robert S. Mueller, III**, Director of the Federal Bureau of Investigation,<br><br>        Defendants. | Case No. C 07-2461 HRL<br><br>**JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER** |

**1. Jurisdiction and Service**

The basis asserted by Plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361, 28 U.S.C. § 1331, and 5 U.S.C. §§ 551, 702.  The parties do not dispute that venue is proper in this district.

Case No. C 07-2461 HRL                              1
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2. Facts**

Plaintiff is a native of China who applied to adjust his status to lawful permanent residence with the United States Citizenship and Immigration Services (USCIS) on December 12, 2004. The USCIS has yet to adjudicate Plaintiff's I-485 application. The plaintiff filed an action on May 8, 2007, seeking an order from this Court directing the USCIS to adjudicate his I-485 application.

**3. Legal Issues**

1. Whether this Court should dismiss the plaintiff's action for failure to state a claim and for lack of subject matter jurisdiction.

2. Whether the delay in the adjudication of Plaintiff's I-485 application is unreasonable.

**4. Motions**

No motions have been filed. The parties intend to file cross-motions for summary judgment.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that review will be confined to the administrative record and thus the disclosure requirements of Fed. R. Civ. P. 26 do not apply.

**8. Discovery**

The parties do not intend to take any discovery in this case.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The plaintiff asks this Court to direct the USCIS to adjudicate his I-485 application within 60 days of receiving the Court's order.

**12. Settlements and ADR**

On July 26, 2007, the Court granted the parties' request to be excused from the formal ADR process for this case.

**13. Consent to Magistrate Judge for All Purposes**

The parties have consented to proceed before a Magistrate Judge.

**14. Other References**

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial, and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties believe this case can be resolved on cross motions for summary judgment.

**17. Scheduling**

The parties will notice and move for summary judgment with the following proposed due dates:

| | |
|---|---|
| Parties' cross-motions for summary judgment: | September 11, 2007 |
| Parties' opposition motions: | September 25, 2007 |
| Summary Judgment Hearing: | October 16, 2007 |

**18. Trial**

The parties do not anticipate the need for a trial in this case.

**19. Disclosure of Non-Party Interested Entities or Persons**

The plaintiff filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16 on May 8, 2007.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

///

1

2  Dated: August 21, 2007                                    _____/s/_____
                                                              Justin G. Fok
3                                                             Law Offices of Jean D. Chen
                                                              Attorney for Plaintiff
4

5

6

7  Dated: August 21, 2007                                    _____/s/_____
                                                              Ila C. Deiss
8                                                             Assistant United States Attorney
                                                              Attorney for Defendants
9

10

11

12

13

14                                    **ORDER**

15

16      The Case Management Statement and Proposed Order are hereby adopted as the Case

17  Management Order for the case and the parties are hereby ordered to comply with this order.

18

19

20  Dated: _____                            _____

21                                                      Howard R. Lloyd
                                                        United States Magistrate Judge
22

23

24

25

26

27

28

Case No. C 07-2461 HRL                      4
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER