*E-filed on 8/27/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINRONG JIANG,<br><br>   Plaintiff,<br> v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br><br>   Defendants.<br>_____ / | No. C07-02461 HRL<br><br>**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) SETTING CASE MANAGEMENT SCHEDULE** |

Based on the parties' Joint Case Management Statement, the court orders as follows:

The case management conference, set for August 28, 2007 at 1:30 p.m. in Courtroom 2, **is VACATED.**

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. This court previously granted the parties' stipulated request to be excused from participating in formal ADR. They advise that no formal discovery is necessary. Moreover, they agree that this case can be resolved on summary judgment.

//

**United States District Court**
For the Northern District of California

1   Accordingly, IT IS ORDERED THAT:

2   •   Any motions for summary judgment shall be filed by **September 11, 2007**;

3   •   Opposition paper(s) shall be filed by **September 25, 2007**;

4   •   Repl(ies), if any, shall be filed by **October 2, 2007**; and

5   •   Summary judgment motions will be heard on **October 16, 2007 at 10:00 a.m. in**
6       **Courtroom 2**.

8   Dated: 8/27/07

    _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

**07-cv-2461 Notice has been electronically mailed to:**

Ila Casy Deiss ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

Justin Fok jfok@jclawoffice.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

Dated: 8/27/07

/s/ KRO

Chambers of Magistrate Judge Howard R. Lloyd

3