1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 XINRONG JIANG,                         )
                                          ) No. C 07-2461 HRL
13                 Plaintiff,             )
                                          )
14         v.                             )
                                          ) **STIPULATION TO EXTEND DATES;**
15 ALBERTO GONZALES, United States Attorney ) **and [PROPOSED] ORDER**
   General, U.S. Department of Justice;   )
16 MICHAEL CHERTOFF, Secretary of the     )
   Department of Homeland Security;       )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Services; )
18 DAVID STILL, San Francisco District Director; )
   United States Citizenship and Immigration )
19 Services;                              )
   ROBERT S. MUELLER, III, Director of the ) Date: October 16, 2007
20 Federal Bureau of Investigation,       ) Time: 10:00 a.m.
                                          )
21                 Defendants.            )
                                          )
22 _____)

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. On August 27, 2007, the Court set a schedule for the filing of the parties cross motions for

26 summary judgment, and scheduled the hearing for October 16, 2007.

27     2. The Defendants requested the USCIS to expedite Plaintiff's name check.

28     3. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to

Stipulation to Extend Dates
C07-2461 HRL                                1

1 receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this
2 Court to extend the dates in the Court's scheduling order as follows:

3     Parties' Motions for Summary Judgment:     October 9, 2007

4     Parties' Oppositions to the Summary Judgment:     October 23, 2007

5     Parties' Replies to the Opposition:     October 30, 2007

6     Hearing:     November 13, 2007, at 10:00 a.m.

7
8 Date: September 11, 2007     Respectfully submitted,

    SCOTT N. SCHOOLS
9     United States Attorney

10
11     /s/
    ILA C. DEISS
    Assistant United States Attorney
12     Attorneys for Defendants

13

14     /s/
Date: September 11, 2007     JUSTIN FOK
15     Attorney for Plaintiff

16
**ORDER**

17     Pursuant to stipulation, IT IS SO ORDERED.
18

19 Date:
    HOWARD R. LLOYD
20     United States Magistrate Judge

21
22
23
24
25
26
27
28

Stipulation to Extend Dates
C07-2461 HRL     2