1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6     Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 XINRONG JIANG,                                           )
                                                           ) No. C 07-2461 HRL
13                      Plaintiff,                         )
                                                           )
14           v.                                            )
                                                           ) **SECOND STIPULATION TO EXTEND**
15 ALBERTO GONZALES, United States Attorney                ) **DATES; and [PROPOSED] ORDER**
   General, U.S. Department of Justice;                    )
16 MICHAEL CHERTOFF, Secretary of the                      )
   Department of Homeland Security;                        )
17 EMILIO T. GONZALEZ, Director of United                  )
   States Citizenship and Immigration Services;            )
18 DAVID STILL, San Francisco District Director;           )
   United States Citizenship and Immigration               )
19 Services;                                               )
   ROBERT S. MUELLER, III, Director of the                 ) Date: November 13, 2007
20 Federal Bureau of Investigation,                        ) Time: 10:00 a.m.
                                                           )
21                      Defendants.                        )
                                                           )
22 

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. The plaintiff filed a Form I-485 application to adjust his status to lawful permanent resident

26 with the United States Citizenship and Immigration Services (USCIS) on December 12, 2004.

27     2. The Defendants requested the USCIS to expedite Plaintiff's name check.

28     3. The FBI received the request from USCIS headquarters on October 3, 2007.

Second Stip to Extend Dates
C07-2461 HRL                                1

1.     4. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

    Parties' Motions for Summary Judgment:    November 6, 2007

    Parties' Oppositions to the Summary Judgment:    November 20, 2007

    Parties' Replies to the Opposition:    November 27, 2007

    Hearing:    December 11, 2007, at 10:00 a.m.

Date: October 5, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: October 5, 2007    JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

HOWARD R. LLOYD
United States Magistrate Judge

Second Stip to Extend Dates
C07-2461 HRL    2