| | |
|---|---|
| SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney<br>JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909<br>Assistant United States Attorney | *E-filed 10/11/07* |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINRONG JIANG,<br><br>        Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director; United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>        Defendants. | No. C 07-2461 HRL<br><br>**SECOND STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER**<br><br><br><br><br><br>Date: November 13, 2007<br>Time: 10:00 a.m. |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. The plaintiff filed a Form I-485 application to adjust his status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on December 12, 2004.

    2. The Defendants requested the USCIS to expedite Plaintiff's name check.

    3. The FBI received the request from USCIS headquarters on October 3, 2007.

Second Stip to Extend Dates
C07-2461 HRL                           1

4. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Parties' Motions for Summary Judgment: | November 6, 2007 |
| Parties' Oppositions to the Summary Judgment: | November 20, 2007 |
| Parties' Replies to the Opposition: | November 27, 2007 |
| Hearing: | December 11, 2007, at 10:00 a.m. |

Date: October 5, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: October 5, 2007

_____/s/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/10/07

_____
HOWARD R. LLOYD
United States Magistrate Judge

Second Stip to Extend Dates
C07-2461 HRL                        2