1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 XINRONG JIANG,                      )
                                       ) No. C 07-2461 HRL
13              Plaintiff,             )
                                       )
14         v.                          )
                                       ) **STIPULATION TO DISMISS AND**
15 ALBERTO GONZALES, United States Attorney ) **[PROPOSED] ORDER**
   General, U.S. Department of Justice; )
16 MICHAEL CHERTOFF, Secretary of the  )
   Department of Homeland Security;    )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Services; )
18 DAVID STILL, San Francisco District Director; )
   United States Citizenship and Immigration )
19 Services;                           )
   ROBERT S. MUELLER, III, Director of the )
20 Federal Bureau of Investigation,    )
                                       )
21              Defendants.            )
                                       )
22

23     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

25 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

26     Each of the parties shall bear their own costs and fees.

27 ///

28

Stipulation to Dismiss
C07-2461 HRL                                    1

| | | |
|---|---|---|
| 1 | Date: October 11, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: October 10, 2007 | _____/s/_____<br>JUSTIN FOK<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-2461 HRL                                2