| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990 | *E-filed 10/16/07* |

1  SCOTT N. SCHOOLS, SC SBN 9990                                            *E-filed 10/16/07*
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                           UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                  SAN JOSE DIVISION

12  XINRONG JIANG,                           )
                                             ) No. C 07-2461 HRL
13                  Plaintiff,               )
                                             )
14         v.                                )
                                             ) **STIPULATION TO DISMISS AND**
15  ALBERTO GONZALES, United States Attorney ) **[PROPOSED] ORDER**
    General, U.S. Department of Justice;     )
16  MICHAEL CHERTOFF, Secretary of the       )
    Department of Homeland Security;         )
17  EMILIO T. GONZALEZ, Director of United   )
    States Citizenship and Immigration Services; )
18  DAVID STILL, San Francisco District Director; )
    United States Citizenship and Immigration )
19  Services;                                )
    ROBERT S. MUELLER, III, Director of the  )
20  Federal Bureau of Investigation,         )
                                             )
21                  Defendants.              )
                                             )
22  _____)

23     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

24  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

25  of the adjudication of Plaintiff's adjustment of status application (Form I-485).

26     Each of the parties shall bear their own costs and fees.

27  ///

28

Stipulation to Dismiss
C07-2461 HRL                                      1

| | |
|---|---|
| Date: October 11, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>           /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: October 10, 2007 |            /s/<br>JUSTIN FOK<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/16/07

HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-2461 HRL                    2